UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

Plaintiff,

v.

MAGGIE SPA INC., and
E.D. DEFREITAS, LLC,

Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Civil Case No.: 1:24-cv-7822-RPK-JAM

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Jocelyn Pierre and Defendants E.D. Defreitas, LLC, and Maggie Spa Inc. by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees, except as otherwise privately agreed between the parties.

Dated: New York, New York
        April 17, 2025

**THE MARKS LAW FIRM, P.C.**

By: _____
    Darren R. Marks, Esq.
155 East 55th Street, Suite 4H
New York, NY 10022
Tel: (646) 960-7820
Email: darren@markslawpc.com
*Attorneys for Plaintiff Jocelyn Pierre*

**MICHAEL SEPE, LLC**

By: _____
    Michael Sepe, Esq.
41 Front Street, Second Floor, Rockville
Centre New York 11570
Tel: (516) 766-0477
Email: ms@sepelaw.com
*Attorneys for E.D. Defreitas, LLC*

**CARDI & EDGAR LLP**

By: _____
    Dawn M. Cardi, Esq.
99 Madison Avenue, 8th Fl. New York,
New York 10016
Tel: (212) 481-7770
Email: DCardi@cardiedgarlaw.com
*Attorneys for Maggie Spa Inc.*